UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JEFFREY SHERMAN et al.,

                    Plaintiff(s),

        v.

CARL HORNUNG LLC, et al.,

                    Defendant(s).

Case No.2:24-CV-2391  JCM (MDC)

ORDER

Presently before the court is plaintiffs La Mont Garner and Jeffrey Sherman (collectively "plaintiffs")'s motion for writ of execution.  (ECF No. 25).  The court grants plaintiffs' motion.

This case revolves around an employment dispute between plaintiffs and defendants Carl Hornung and Carl Hornung LLC (collectively "defendants").  The court granted plaintiffs' motion for default judgment on November 17, 2025, awarding plaintiffs a total of $49,672.20.  (ECF No. 24).  Since then, defendants have not satisfied any portion of the judgment and plaintiffs now move for a writ of execution.

## I.    Legal Standard

Federal Rule of Civil Procedure 69(a)(1) provides that a money judgment is enforced by a writ of execution unless the court orders otherwise, and that any procedures related to execution— as well as the proceedings supplementary to or in aid of judgment or execution—must follow the procedures of the state in which the court sits, except where a federal statute controls.

Consistent with this framework, N.R.S. § 21.080 permits the execution against a debtor's right of action to satisfy a judgment.  A right of action, also referred to as a chose in action or a

"thing in action," is considered personal property under Nevada law for the purposes of satisfying a judgment. *See* N.R.S. § 10.045; *see also Gallegos v. Malco Enters. of Nev.*, 255 P.3d 1287, 1289 (Nev. 2011). At any time before the judgment expires, the party in whose favor judgment was issued may move the court for a writ of execution. N.R.S. § 21.010.

Title 28, United States Code, Section 1961 mandates interest on money judgments in federal civil cases. The statute provides that interest "shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding" the date of judgment. 28 U.S.C. § 1961(a). For the judgment entered November 17, 2025, the applicable rate is 3.67%, based on the Federal Reserve H.15 release for the calendar week ending November 14, 2025. Interest is computed daily and compounded annually. 28 U.S.C. § 1961(b).

**II.      Discussion**

The judgment issued by this court on November 17, 2025, is final and enforceable. (ECF No. 24). More than fourteen days have passed since the entry of judgment and no post-judgment motions have been filed. Under FRCP 69(a) and N.R.S. 21.050, judgment creditors are entitled as of right to a writ of execution to levy upon defendants' assets. *See Donovan v. Mazzola*, 716 F.2d 1226, 1240 (9th Cir. 1983) (holding that execution on a federal judgment is a matter of right).

Post-judgment interest accrues automatically by operation of law under 28 U.S.C. § 1961 and need not be separately awarded. *Kaiser Aluminum & Chem. Corp. v. Bonjorno*, 494 U.S. 827, 835 (1990) ("[P]ostjudgment interest is a creature of federal law and is awarded as a matter of course."). Thus, the writ of execution reflects the total judgment amount of $49,672.20, plus accrued post-judgment interest at the rate of 3.67% per annum from November 17, 2025, through

the date of collection, plus lawful costs of execution.

Additionally, although Carl Hornung, LLC has been dissolved, the writ shall issue against both Carl Hornung the individual and Carl Hornung, LLC as dissolution does not limit liability for a Nevada limited liability company.  N.R.S. 86.505 ("[t]he dissolution of a limited-liability company does not impair any remedy or cause of action available to or against it or its managers or members …").

**III.   Conclusion**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs' motion for writ of execution (ECF No. 25) be, and the same hereby is, GRANTED.  Plaintiffs are instructed to file an affidavit and request for issuance of writ of execution, which can be found on the court's website.

DATED May 22, 2026.

_____
UNITED STATES DISTRICT JUDGE

- 3 -