UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JEFFREY SHERMAN and LA MONT GARNER,

Plaintiffs,

v.

CARL HORNUNG LLC, a Wyoming limited liability company, and CARL HORNUNG, individually,

Defendants.

Case No. 2:24-cv-02391-JCM-MDC

**ORDER**

Presently before the court is defendant's motion to extend the time to respond to current "post-judgment obligations." (ECF No. 28). Plaintiffs filed a response (ECF No. 29), not opposing the extension, but asking the court to limit the extension to defendant's current obligation only.

**I. Defendant's Request**

Defendant Carl Hornung LLC appears pro se. Defendant asks this court for time to review the default judgment entered against him on November 17, 2025. (ECF No 24). Defendant also requests an extension of time to respond to any "post-judgment obligations." Currently, the only "obligation" that defendant has is to respond to plaintiff's post judgment discovery in aid of execution.

**II. Plaintiffs' Reply**

Plaintiffs Jeffrey Sherman and La Mont Garner do not oppose a brief extension to the deadline to respond to their first post-judgment discovery. However, plaintiffs oppose any extension that would disturb the default judgment and oppose general extensions for any post-judgment obligations that might arise in the future. The court grants and limits defendant's motion to extend the time to respond to the current obligation only. Defendant's deadline to respond to plaintiff's post-judgment discovery is extended by 30 days.

**III. Conclusion**

Accordingly,

IT IS ORDERED that defendant's motion to extend the time to respond to current post-judgment obligations (ECF No. 28) is GRANTED. Defendant has until September 24, 2026 to respond to plaintiff's post-judgment discovery in aid of execution.

Dated this 31st day of August, 2026.

James C. Mahan

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE